UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. 4:24-CR-448 |
| § | |
| JOSE ALEX LOPEZ, ET AL § | |
| Defendant. § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **JORDAN LOPEZ, DOB: 12/08/2005, SPN 0318029,** duly committed to the Harris County Jail, 700 N San Jacinto St, Houston, TX 77002, is a defendant in the above-captioned case which will be called for the purpose of executing an arrest warrant and resolving a petition which was issued by United Magistrate Judge Yvonne Ho on August 22, 2024, in the United States District Court for the Southern District of Texas, Houston Division, on the 5th day of September, 2024, or a later date, at 515 Rusk Avenue, in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County, Texas, will release the defendant into the custody of the United States Marshal for the Southern District of Texas

or any other authorize United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Harris County Jail, 700 N San Jacinto St, Houston, TX 77002, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 5th day of September, 2024 at 1:00 p.m., or a later date, at 515 Rusk Avenue, Houston, Texas, so that he may be present in this cause at that time.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    United States Attorney

By: _____
    ANH-KHOA TRAN
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 567-9000 Phone
    (713) 718-3300 Fax

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § Criminal No. 4:24-CR-448 |
| | § |
| JOSE ALEX LOPEZ, ET AL | § |
|     Defendant. | § |

## AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff, Harris County Jail, 700 N San Jacinto St, Houston, TX 77002

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS: Harris County Jail, 700 N San Jacinto St, Houston, TX 77002

We command that you have **JORDAN LOPEZ, DOB: 12/08/2005, SPN 0318029,** now duly committed to the custody of the Harris County Jail, 700 N San Jacinto St, Houston, TX 77002, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the _____ day of _____, 2024, at _____ A.M./P.M., there and at that time to appear because an arrest warrant was issued by United Magistrate Judge Yvonne Ho on August 22, 2024 and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Harris County Jail, 700 N San Jacinto St, Houston, TX 77002, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate Judge for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE