United States District Court
Southern District of Texas

**ENTERED**

October 29, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-24-448-4 |
| | § | |
| JARED ROBLEDO | § | |

## ORDER

Pending before the Court is Defendant's Motion to Revoke Detention Order and Set Bond (Doc. No. 72). The Government has responded (Doc. No. 75) and Defendant filed a supplement to his motion (Doc. No. 100, sealed).

The Court has considered the motion, response, supplement and the applicable law and finds that Defendant's motion should be denied. It is therefore

**ORDERED** Defendant's Motion to Revoke Detention Order and Set Bond (Doc. No. 72) is **DENIED**.

SIGNED this ___29th___ day of October 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE